UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24052-CIV-MARTINEZ-GOODMAN

NATIONAL CASUALTY COMPANY, a
Wisconsin Corporation,

    Plaintiff,

vs.

UNITED STATES ADULT SOCCER
ASSOCIATION, INC. a Tennessee
Corporation, MIGUEL MESA, an individual,
MIAMI UNITED SOCCER CLUB, LLC., a
Florida Limited Liability Company,
ROBERTO SACCA, an individual, and
RUBEN QUETGLAS, an individual,

    Defendants.
_____/

**DEFENDANTS UNITED STATES ADULT SOCCER ASSOCIATION, INC.'S; MIGUEL MESA'S; MIAMI UNITED SOCCER CLUB, LLC'S; AND ROBERTO SACCA'S UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF NATIONAL CASUALTY COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT**

Defendants United States Adult Soccer Association, Inc. ("USASA"); Miguel Mesa ("Mesa"); Miami United Soccer Club, LLC ("Miami United"); and Roberto Sacca ("Sacca"), (collectively referred to herein as the "Association Defendants"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully request leave to amend their answer and affirmative defenses to Plaintiff National Casualty Company's complaint for declaratory relief to include a "WHEREFORE" clause, inadvertently omitted from the original answer and affirmative defenses. In support of this motion, the Association Defendants state as follows:

**Hudson & Calleja, LLC**
355 Alhambra Circle, Suite 801, Coral Gables, FL 33134
Telephone:  305-444-6628 │ Facsimile:  305-444-6627

CASE NO. 15-24052-CIV-MARTINEZ-GOODMAN

## PROCEDURAL HISTORY

1. Plaintiff, National Casualty Company ("National Casualty"), brings this action pursuant to the Declaratory Judgment Act, 28 U.S.C. §§2201-2202. National Casualty seeks a judicial declaration of its rights and duties to the Association Defendants as well as Mr. Ruben Quetglas under primary and excess insurance policies relative to the claims asserted in an underlying personal injury lawsuit, *Arturo Quetglas v. Miami United Soccer Club, LLC, et al.*, case no. 15-016185-CA-01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2. On February 8, 2016, the Association Defendants filed their answer and affirmative defenses to Plaintiff's complaint. Inadvertently omitted from the answer was a standard "WHEREFORE" clause, which reads as follows:

> WHEREFORE, the Association Defendants respectfully request that Plaintiff be denied the declaratory relief it seeks and that the Association Defendants be awarded their attorney's fees and costs associated with this matter pursuant to Florida Statute § 627.428 and any other applicable law.

3. The Association Defendants seek leave to amend their answer for the sole purpose of including this "WHEREFORE" clause. No other changes to the answer and affirmative defenses are being made.

## MEMORANDUM OF LAW

4. Rule 15(a)(2) of the Federal Rules of Civil Procedure reads in relevant part as follows: "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

5.     In the present matter, counsel for Plaintiff and counsel for Mr. Quetglas have both consented in writing via email that they do not object to the Association Defendants' proposed amendment.

6.     "In the absence of any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of the amendment, futility of amendment, etc.- [leave to amend]…should, as the rules require, be 'freely given'".  Systems Unlimited, Inc. v. Cisco Systems, Inc., 2007 WL 1047064 (11th Cir.), *citing*, Foman v. Davis, 371 U.S. 178, 182, 83S.Ct. 227, 230 (1962).

7.     Here, none of these concerns are applicable.  The Association Defendants have not previously sought leave to amend their pleadings.  The court-ordered deadline to move to amend pleadings is not until July 21, 2016 so this motion is timely.  The amendment merely adds a "WHEREFORE" clause so it does not alter the issues in the litigation or in any way impact any deadline or the trial date for this matter.

8.     In compliance with the Local Rules, the Association Defendants' counsel contacted counsel for Plaintiff and counsel for Defendant Quetglas, both of whom advised that they do not oppose the proposed amendment.

CASE NO. 15-24052-CIV-MARTINEZ-GOODMAN

WHEREFORE, based on the foregoing, the Association Defendants respectfully request leave to file the attached amended answer and affirmative defenses. A proposed order granting this motion is also attached.

Respectfully submitted,

**HUDSON & CALLEJA, LLC**
Counsel for the Association Defendants
355 Alhambra Circle
Suite 801
Coral Gables, Florida 33134
Telephone: (305) 444-6628
Facsimile: (305) 444-6627
E-mail: rhudson@hudsoncalleja.com

By:/s/ROBERT W. HUDSON
    **ROBERT W. HUDSON**
    Florida Bar No.: 993875

CASE NO. 15-24052-CIV-MARTINEZ-GOODMAN

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Courts using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

PATRICIA A. MCLEAN, ESQ.
patricia.mclean@phelps.com
JUSTIN N. SHINDORE, ESQ.
justin.shindore@phelps.com
JONATHAN E. LEWERENZ, ESQ.
jonathan.lewerenz@phelps.com
PHELPS DUNBAR LLP
*Counsel for Plaintiff National Casualty Company*
100 South Ashley Drive, Suite 1900
Tampa, FL 33602

R. HUGH LUMPKIN, ESQ.
rlumpkin@vpl-law.com
CHRISTOPHER T. KUBELA, ESQ.
ckuleba@vpl-law.com
VER PLOEG & LUMPKIN, P.A.
*Counsel for Ruben Quetglas*
100 S.E. 2nd Street – 30th Floor
Miami, FL 33131-2151

                                                 By:/s/ROBERT W. HUDSON
                                                      **ROBERT W. HUDSON**
                                                       Florida Bar No.:  993875

**Hudson & Calleja, LLC**
355 Alhambra Circle, Suite 801, Coral Gables, FL 33134
Telephone:  305-444-6628 │ Facsimile:  305-444-6627